J. T. McDonnell, appellee, v. Claude W. Morris, appellant. Gen. No. 30,393.

Action for breach of contract to lease premises. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

Wyman, Hopkins, McKeever & Colbert, for appellant. Schoen & Green, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

Franklin Leon Felty, appellee, v. Hartford Accident & Indemnity Company of Hartford, Connecticut, appellant. Gen. No. 30,418.

Action upon policy of burglary insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. B. Lane, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and judgment here. Opinion filed March 10, 1926.

Moloney & Postelnek and A. J. Farrell, for appellant. Joseph H. Hinshaw, for appellee; W. W. Watts, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Joseph Kropidlowski, appellee, v. Frank Urniasz and Kazimer Urniasz, appellants. Gen. No. 30,442.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 10, 1926.

John B. Borden and Clarence T. Morse, for appellants. Joseph S. La Buy and Max C. Liss, for appellee; Goodnow, Barasa & Liss, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

N. Lapidus et al., trading as M. Lapidus & Sons, appellants, v. Louisville & Nashville Railroad Company, appellee. Gen. No. 30,469.

Action for negligence in transportation of fruit. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 10, 1926.

H. C. Lust, for appellants. Lee J. Frank and Charles P. Hamill, for appellee.

Mr. Justice Taylor delivered the opinion of the court.